IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| v. | |
| MICHAEL GONZALEZ | NO. 02-446-01 |

## O R D E R

**AND NOW**, this 22nd day of March, 2021, upon consideration of *pro se* defendant's Motion for Appointment of Counsel (Document No. 361, filed November 9, 2020), *pro se* defendant's Motion for Compassionate Release (Document No. 363, filed December 21, 2020), the Government's Response in Opposition to Defendant's Motion to Reduce Sentence (Document No. 368, filed March 4, 2021), and *pro se* defendant's letter requesting a judicial recommendation that he be placed in a residential reentry center, community corrections facility, or halfway house ("Motion for Judicial Recommendation") (Document No. 372, filed March 10, 2021), for the reasons stated in the accompanying Memorandum dated March 22, 2021, **IT IS ORDERED** that *pro se* defendant's Motion for Compassionate Release, Motion for Appointment of Counsel, and Motion for Judicial Recommendation are **DENIED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.